# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE BIRCH, | ) | 3:19-CV-0043-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 25, 2020 |
| PAM DELPONTO, | ) | |
| Defendant. | ) | |

**PRESENT:** THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN    **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's request for reconsideration of the screening order and/or the court's order ECF No. 57 (ECF No. 58) is **DENIED**.

Plaintiff's request for an extension of time to complete service on defendant Del Porto (ECF No. 59) is **DENIED as moot**. Defendant Del Porto was served on March 3, 2020 (ECF No. 61) and filed an answer on March 9, 2020 (ECF No. 62).

Plaintiff's motion for law library access (ECF No. 60) is **DENIED**. Plaintiff may utilize the law library paging system according the procedures outlined by the Ely State Prison.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk