UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAM DEL PORTO, et al.,<br><br>　　　　Defendants. | 3:19-CV-0043-MMD-CLB<br><br>**MINUTES OF THE COURT**<br><br>April 20, 2020 |

PRESENT:  THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Plaintiff's motions for clarification and for law library assistance (ECF Nos. 67, 68 & 69) are **DENIED** as set forth in the court's previous order (ECF No. 65).

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　By:　　　　　　/s/　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Deputy Clerk