# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH,<br><br>                    Plaintiff,<br><br>   v.<br><br>PAM DEL PORTO,<br><br>                    Defendant. | 3:19-cv-0043-MMD-CLB<br><br>**ORDER** |

Defendants entered a suggestion of death of the plaintiff on the record (ECF No. 150). Pursuant to Fed. R. Civ. P. 25(a)(1), if a motion for substitution by the decedent's successor or representative is not filed on or before **Monday, April 12, 2021**, the action must be dismissed.

**DATED:**  January 13, 2021.

_____

**UNITED STATES MAGISTRATE JUDGE**